**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 06-7175M |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Rosa Luna, | ) | |
| Defendant. | ) | |

This Court has received and considered Defendant's Motion to Extend Time to Indict (docket #7).   The Motion will be denied without prejudice for failing to comply with the requirements  U.S.  v. Ramirez-Cortez, 213 F.3d 1149 (9th Cir. 2000).

**IT IS ORDERED denying** without prejudice Defendant's Motion to Extend Time to Indict (docket #7).

DATED this 14th day of September, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge